PROB 12
(Rev. 10/93)

# United States District Court

for the

## Eastern District of Pennsylvania

**April 15, 2015**

U.S.A. vs.. <u>Rashon Mitchell</u>                                    Case No: <u>2:09CR000712-001</u>

### VIOLATION OF SUPERVISED RELEASE

     COMES NOW <u>Robert Henderson</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Rashon Mitchell</u> who was placed on <u>supervised release</u> by the Honorable <u>Paul S. Diamond</u> sitting in the Court at <u>Philadelphia, PA,</u> on the <u>10th</u> day of <u>August, 2010</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Bank robbery (Counts One, Three, Four, Six and Seven) and attempted bank robbery (Counts Two and Five) |
| ORIGINAL SENTENCE: | Custody of the U.S. Bureau of Prisons for a total term of 63 months on each of Counts One through Seven to be served concurrently, followed by three years of supervised release with a $700 special assessment. |
| SPECIAL CONDITIONS: | 1) The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to evaluation and drug treatment as approved by the U. S Probation Office. The defendant shall abide by the rules of any programs and shall remain in treatment until satisfactorily discharged with the approval of the Court; 2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 3) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation or otherwise has the express approval of the Court. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court; 4) The defendant shall participate in a mental health program for evaluation and/or treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged with the approval of the |

              Court; and 5) Payment of the restitution in the amount of $10,534.47 is a condition of supervised release and the defendant shall satisfy the amount due in monthly installments of not less than $100.00.

DATE SUPERVISION
COMMENCED:    May 6, 2014.

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A.  General Condition: The defendant shall not commit another federal, state, or local crime.

   On April 9, 2015, a warrant for arrest was issued by the Honorable Marilyn Heffley, U.S. Magistrate Judge in the Eastern District of Pennsylvania. The warrant was issued because the defendant allegedly robbed a bank on February 28, 2015.

   According to the Affidavit, the defendant entered the Republic Bank (1601 Market Street Philadelphia, PA) on February 28, 2015 at approximately 1:30 p.m. He approached a bank teller and produced a note that read "Just give me 3 grand and no one gets hurt." The bank teller gave the defendant $913.00 and a dye pack. At that time, the defendant left the bank. Shortly after leaving the bank, the dye pack exploded, and the defendant discarded it, while fleeing westbound on Market Street.

   On March 31, 2015, this officer met with Special Agent John Sermons of the Federal Bureau of Investigation, after having viewed the wanted flyer and full picture of the "bank robber." This officer identified the person in the photo as Rashon Mitchell, based on facial features, body type, and clothing worn.

   **GRADE OF VIOLATION**                 **A**

B.  General Condition: The defendant shall not commit another federal, state, or local crime.

   The defendant is suspected of committing a bank robbery on April 9, 2015, where he allegedly walked into a T. D. Bank (3735 Walnut Street Philadelphia, PA), produced a demand note and left with $619.00.

   **GRADE OF VIOLATION**                 **A**

**RE:** Mitchell, Rashon
**Case No:** 2:09CR000712-001

    C.    <u>General Condition:</u> The defendant shall not commit another federal, state, or local crime.

            The defendant is suspected of committing a bank robbery on April 10, 2015, where he allegedly walked into a T. D. Bank (4020 City Line Ave Philadelphia, PA), produced a demand note and left with $203.00.

            **GRADE OF VIOLATION**                                                    <u>**A**</u>

    D.    <u>General Condition:</u> The defendant shall not commit another federal, state, or local crime.

            The defendant is suspected of committing another bank robbery on April 10 , 2015, where he allegedly walked into a T. D. Bank (Springfield, PA), produced a demand note and left with an undisclosed amount.

            **GRADE OF VIOLATION**                                                    <u>**A**</u>

    E.    <u>Standard Condition #2:</u> The defendant shall report to the probation officer as directed by the Court or probation officer; and shall submit a truthful and complete written report within the first five (5) days of each month.

            On April 9, 2015, this officer left a voice mail for the defendant to report to the office on April 10, 2015, at 10:00 a. m.. He failed to report as directed, and has not contacted this officer. He is currently in absconder status.

            **GRADE OF VIOLATION**                                                    <u>**C**</u>

    F.    <u>Special Condition</u>: The defendant shall pay restitution in the amount of $10,534.47, due in monthly installments of $100.00. On June 9, 2014, the Court approved the defendant's monthly payment decreasing to $60.00.

            The defendant failed to submit a $60.00 monthly payment for the following months: January, February, and March 2015.

            **GRADE OF VIOLATION**                                                    <u>**C**</u>

**RE:** Mitchell, Rashon
**Case No:** 2:09CR000712-001

**PRAYING THAT THE COURT WILL ORDER...**     **THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*Jana G. Law*
Supervising U.S. Probation Officer

Place <u>Philadelphia, PA</u>
Date <u>April 15, 2015</u>

cc:    Assistant U.S. Attorney
       Defense Attorney
       U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this __15th__ day of __April__, 20__15__ and ordered filed and made part of the records in the above case.

*Paul S. Diamond*
U. S. District Court Judge

4

## INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | |
|---|---|
| **United States of America** )<br>vs. )<br>Rashon Mitchell ) | Case No.: 2:09CR000712-001 |

Defendant's last known
Address and Telephone No.

5016 West Master Street
Philadelphia, PA. 19131
215-987-7669

Defendant's in custody at:

N/A

Defendant's last known
Counsel, Address and
Telephone number:

James J. McHugh, Esquire
Suite 540 West
The Curtis Center Building
Independence Square West
Philadelphia, PA 19106
215-928-1100

Assistant U.S. Attorney:
Street Address:
City and State:
Telephone No.

Christine E. Sykes, Esquire
615 Chestnut Street, Suite 1250
Philadelphia, PA   19106
(215) 861-8441

_/s/ Robert Henderson_
Robert Henderson
Senior U.S. Probation Officer

Telephone No. (267) 299-4604